**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:20-CV-14290-ROSENBERG**

ROSHAWN XAVIER DENNIS,

     Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security Administration

     Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

     This matter is before the Court upon the Report & Recommendation.  DE 8.  This matter was referred to Magistrate Judge Shaniek M. Maynard for a Report and Recommendation on any dispositive matters.  Judge Maynard issued a Report & Recommendation on September 17, 2021, wherein she recommended that the Court dismiss this case without prejudice for failure to prosecute and failure to comply with Court orders.  *Id.* at 5.  The plaintiff had until October 1, 2021 to file objections but did not file any.

     Upon review, the Court finds Judge Maynard's recommendations to be well reasoned and correct.  The Court agrees with the analysis in the Report & Recommendation and concludes that the case should be dismissed without prejudice.

     For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report & Recommendation [DE 8] is hereby **ADOPTED** as the Order of the Court.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court shall **CLOSE THIS CASE**.

4. All other pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 4th day of

October, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record